PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sharrod Alston     **Docket Number:** 07-00781-001

**Name of Sentencing Judicial Officer:** Honorable Sol Blatt Jr./Reassigned to the Honorable Dennis M. Cavanaugh

**Date of Original Sentence:** 12/30/1998

**Original Offense:** CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE

**Original Sentence:** 125 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 10/19/06

**Assistant U.S. Attorney:** To be assigned.

**Defense Attorney:** To be assigned.

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
|   | The offender has failed to maintain gainful employment while under supervision. The offender's last period of employment was with Jan Pro Cleaning, 1420 E. Linden Street, Fairfield NJ. He started on June 19, 2007 and stopped working due to car problems on August 21, 2007. He has not been employed since that time. |
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
|   | On January 15, 2008 and March 28, 2008, Alston tested positive for cocaine. |

PROB 12C - Page 2
Sharrod Alston

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 4/30/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: May 28, 2008 @ 10:30 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/13/08
Date

**Dennis M. Cavanaugh**
U.S. District Judge