PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sharrod Alston            **Docket Number:** 07-00781-001
                                                                                             **PACTS Number:** 17854

**Name of Sentencing Judicial Officer:** Honorable Sol Blatt, Jr./Reassigned to the Honorable Dennis M. Cavanaugh

**Date of Original Sentence:** 12/30/1998

**Original Offense:** Conspiracy to Possess with Intent to Distribute Cocaine Base (Crack); Possession with Intent to Distribute Cocaine Base (Crack)

**Original Sentence:** 125 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 10/19/06

**Assistant U.S. Attorney:** Brian Urbano, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine S. Gauli-Rufo, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **"You shall not commit another federal, state, or local crime.'** |
| | The offender has failed to refrain from criminal activities. On November 14, 2008, he was charged with Possession of crack/cocaine, Manufacturing and Distribution of CDS, and Possession of CDS within a 1,000 feet of a school. The offender sold a ten dollar bag of crack/cocaine to an undercover officer, and a search warrant of his residence recovered eight plastic bags containing suspected cocaine. |
| | The Probation Office has determined this conduct constitutes a **Grade A violation.** |
| 2 | The offender has violated the supervision condition which states **"You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."** |
| | On January 15th and March 28th, 2008, Alston tested positive for cocaine. |

PROB 12C - Page 2
Sharrod Alston

The Probation Office has determined this conduct constitutes a **Grade C violation.**

3     The offender has violated the supervision condition which states **"You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons."**

The offender has failed to maintain gainful employment while under supervision. The offender's last period of employment was with Jan Pro Cleaning, 1420 E. Linden Street, Fairfield, New Jersey. He started on June 19, 2007 and stopped working on August 21, 2007 due to car problems. He has been unemployed since that time.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

4     The offender has violated the supervision condition which states **"The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, if directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office."**

The offender failed to appear for group counseling sessions at Integrity on October 20th and 27th, 2008.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 11/24/08

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: FEB 2, 2009 10:30 AM.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

10 DECEMBER 2009
Date