UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
                            :    CRIMINAL NO. 07-781
                            :
v.                          :    ORDER
                            :
                            :
SHARROD ALSTON              :

This matter having come before the Court on the application of Sharrod Alston, defendant in the captioned matter by his attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender, for an order directing the Federal Bureau of Investigation ("FBI") to provide the defendant the following information: A complete NCIC search and NCIC off-line search (with all log in information) for information concerning any requests by, and/or responses to, the East Orange Police Department in East Orange, New Jersey, for November 14, 2008, for the following individual: Irvin Campbell, Date of Birth December 15, 1955, and it appearing that this information is necessary for the above named defendant to adequately prepare for his hearing in this matter, and for good cause shown,

IT IS HEREBY ORDERED that the FBI shall provide the defendant with a complete NCIC search and NCIC off-line search (with all log in information), for information concerning any requests by, and/or responses to, the East Orange Police Department in East Orange, New Jersey, for November 14, 2008, for the individual Irvin Campbell, date of birth December 15, 1955, and that the requested information should also include the following:

1) Verification as to whether the NCIC search was performed on this individual,

2) The name(s) of the person(s) who requested the information,

3) The name(s) of the person(s) who responded,

4) The date and time of the response(s), and the content of the response(s).

4/22/09

HONORABLE DENNIS M. CAVANAUGH
United States District Judge